DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| v. | ) | ATTEMPTED ENTICEMENT OF A |
| | ) | MINOR USING THE INTERNET |
| | ) | Vio. 18 U.S.C. § 2422(b) |
| JEREMY ROBERT BLEA, | ) | |
| aka, "the_jerm_1", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Between on or about March 10, 2006, and on or about March 22, 2006, in the

District of Alaska, JEREMY ROBERT BLEA, a 21-year-old man, did use a facility and

means of interstate commerce, the Internet, to attempt to knowingly persuade, induce, and entice an individual whom he believed was 14 years old, to engage in sexual activity for which a person can be criminally charged under Alaska state law. Alaska state law prohibits anyone 16 years or older from engaging in sexual contact and sexual penetration with a person who is 13, 14, or 15 years of age, and at least three years younger than the offender.

All of which is in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

s/Grand Jury Foreperson<br>
GRAND JURY FOREPERSON

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:  3/23/06