MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JEREMY ROBERT BLEA         CASE NO. 3:06-cr-00033-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES ATTORNEY:        AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:        MICHAEL DIENI - APPOINTED

U.S.P.O.:        PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD MARCH 24, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:02 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X Defendant sworn.

 X Defendant stated true name: JEREMEY ROBERT BLEA     Age: 21

 X Financial Affidavit filed.
    X Federal Public Defender accepted appointment; FPD notified.

 X PLEAS: Not guilty to count 1 of the Indictment.

 X Defendant detained.

 X Order of Temporary Detention Pending Hearing **FILED.**

 X Pretrial motions due **April 13, 2006** ; Order for the
   Progression of a Criminal Case with Trial by Jury & Final
   Pretrial Date **FILED.**

CONTINUED ON PAGE 2

DATE:    March 24, 2006        DEPUTY CLERK'S INITIALS:    ak

```
                   CONTINUATION - PAGE 2
                     3:06-cr-00033-JWS
                  USA vs. JEREMY ROBERT BLEA
                   ARRAIGNMENT ON INDICTMENT
                       March 24, 2006
```

 X Counsel advised of trial date: **May 15, 2006 at 9:00 a.m.** before U.S. District Judge John W. Sedwick. Final Pretrial Conference set for **May 15, 2006 at 8:30 a.m.**

 X OTHER: Court and counsel heard re plaintiff's oral motion to amend the defendant's first name to JEREMEY; **GRANTED.** Court heard; parties to meet and confer by **March 30, 2006.** Court and counsel heard re plaintiff's oral motion for a detention hearing; **GRANTED.** Detention Hearing set for **March 29, 2006 at 11:00 a.m.** Court and counsel heard re defendant's oral motion for the government to produce discovery in regards to the detention hearing by the close of business on **March 28, 2006; GRANTED.**

At 3:15 p.m. court adjourned.

DATE:     March 24, 2006        DEPUTY CLERK'S INITIALS:    ak