IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. Jeremy Robert Blea

CASE NO: 3:06-CR-00033-JWS

--------------------------------------------------------------------------

Defendant Jeremy Robert Blea,

has this date met the bail conditions indicated below and is ordered discharged from custody.

__X__ Released to Robert LeRoy Blea and/or Dixie Jo Blea, the third party custodian(s).

_____ Paid cash bail in the amount of _____ to the Clerk of Court.

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

_____ Surrendered passport to the Clerk of Court.

_____ Other: _____

Dated at Anchorage, Alaska this 29 day of March, 20 06

REDACTED SIGNATURE
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal