Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEREMY ROBERT BLEA,<br><br>        Defendant. | Case No. 3:06-cr-0033-JWS<br><br>MOTION FOR HEARING TO CONSIDER MODIFICATION OF BAIL CONDITIONS, *filed on shortened time* |

Defendant, Jeremy Robert Blea, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a modification of his bail release.  In particular, Mr. Blea wishes the court to approve a daytime release for specific employment.  At present, Mr. Blea is subject to 24 hour third-party custody.  Under the terms of the modification, Mr. Blea would be permitted to work during daytime hours. The proposed employment is detailed as follows.

The Blea family has been longtime friends with a firm called Airport Equipment Rentals, a heavy equipment rental business located in an industrial area at approximately 104th Street on the Old Seward Highway.  The chief contact there is Tim

Vanderhalen.  He has known Jeremy for years, and Mr. Vanderhalen has agreed to hire Jeremy as an employee.  Jeremy's job would be to work during daytime hours washing rental equipment as it is returned to the yard.  In this context, the work would involve no access to internet computer or to juveniles.  It would be straightforward labor, at a location fairly near to the Blea family residence.  The current third-party custodians, Jeremy's parents, would be responsible for dropping him off and picking him up every day for work.

      Mr. Blea requests a hearing to allow the court to consider argument on this proposal.

      DATED this 11th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 11, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Michael D. Dieni