UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY ROBERT BLEA,<br><br>    Defendant. | Case No. 3:06-cr-0033-JWS<br><br>PROPOSED<br>ORDER |

    After due consideration of defendant's motion to modify bail, it is hereby ordered that a hearing is set for _____, 2006, at _____ a.m./p.m..

    DATED this ____ day of _____, 2006 in Anchorage, Alaska.

                  _____
                      John D. Roberts
                  United States Magistrate Judge