Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY ROBERT BLEA,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0033-JWS<br><br>NON-OPPOSED MOTION FOR CONTINUANCE OF TRIAL |

　　　　Defendant, Jeremy Robert Blea, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a continuance of the trial date.  Currently the case is set for trial May 15, 2006.  Mr. Blea requests a one month continuance, to the weeks of June 12 or June 19, 2006.  This is the first motion for continuance.

　　　　This motion is non-opposed by Assistant United States Attorney Audrey Renschen.

　　　　The dates set forth above represent the minimum amount of time necessary for counsel for Mr. Blea to be prepared for trial.  The case involves technical computer analysis that will take more time than is currently available to counsel.  The government

has agreed to non-oppose this motion on the condition that the selected trial date accommodates the case agent's leave and out of district work schedule. The dates set forth above are designed to do this.

DATED this 25th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Michael D. Dieni