UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JEREMY ROBERT BLEA,

                Defendant.

Case No. 3:06-cr-0033-JWS

PROPOSED
ORDER CONTINUING TRIAL
DATE

        After due consideration of defendant's Non-Opposed Motion for Continuance of Trial, the motion is GRANTED/DENIED.  The trial currently scheduled for May 15, 2006, is rescheduled to _____, 2006, at _____ a.m./p.m.  A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m.

        DATED this _____ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge