MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JEREMEY ROBERT BLEA*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3-06-cr-00033 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date: May 3, 2006

The court will conduct a scheduling conference to consider the motion at docket 17 at **8:00 AM** on **May 9, 2006.**