Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY ROBERT BLEA,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0033-JWS<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL, Filed on Shortened Time |

　　　　Defendant, Jeremy Robert Blea, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court to continue the trial in this matter.  Trial currently is scheduled for Monday, June 19, 2006.  It is believed that a continuance of approximately two to three weeks will be necessary.  This motion is made for the reason that counsel for Mr. Blea presently is physically unfit to proceed with trial.  The details are set forth below.

　　　　This motion is not opposed by Assistant United States Attorney Audrey Renschen.

For the past two weeks, undersigned counsel has been unable to perform ordinary work activities on a full-time basis due to upper back pain, left arm pain, and numbness in the left hand. The condition first appeared approximately two weeks ago, and worsened until medical intervention began the week of June 5. As recently as June 9, diagnostic imaging has been conducted and the results of those tests are pending. As a result of the condition described above, counsel cannot work for more than short periods of time, and duties are limited to light administrative tasks. At present, the simple processes of sitting at a desk, reading, and writing, cannot be performed for more than a few minutes at a time.

The request for three weeks delay is optimistic. Counsel expects to have a more clear-cut prognosis once the x-rays and MRI are read and interpreted. A hearing is requested on shortened time to select a new trial date.

DATED this 12th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Michael D. Dieni