UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEREMY ROBERT BLEA,<br><br>        Defendant. | Case No. 3:06-cr-0033-JWS<br><br>PROPOSED<br>ORDER CONTINUING TRIAL |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's motion to continue trial, the motion is granted. Trial in this matter currently set for June 19, 2006, is continued to _____, 2006, at _____ a.m. A final pretrial conference is scheduled for _____, 2006, at _____ a.m.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

                                                                                    _____<br>
                                                                                             John W. Sedwick<br>
                                                                           United States District Court Judge