UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JEREMY ROBERT BLEA,

                Defendant.

Case No. 3:06-cr-0033-JWS

ORDER CONTINUING TRIAL

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's motion to continue trial, the motion is granted.  Trial in this matter currently set for June 19, 2006, is continued to **July 25, 2006**, at **9:00 a.m.**  A final pretrial conference is scheduled for **July 25, 2006**, at **8:30 a.m.**  The trial date is within defendant's speedy trial window.

DATED this 12th day of June, 2006 in Anchorage, Alaska.

                /s/
            John W. Sedwick
        United States District Court Judge