DEBORAH M. SMITH
Acting United States Attorney

AUDREY RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-033-JWS |
| Plaintiff, | )<br>)<br>) | **UNOPPOSED MOTION TO DISMISS INDICTMENT** |
| vs. | ) | |
| JEREMEY BLEA, | )<br>) | |
| Defendant. | ) | |

COMES NOW the United States, by and through Audrey Renschen, Assistant U.S. Attorney, and moves for dismissal of the Indictment, pursuant to Fed. R. Crim. P. 48 (a).

The State of Alaska has charged Mr. Blea for the conduct underlying the federal indictment. In light of the State's prosecution, the United States is moving to dismiss this case without prejudice. The government also asks that the court

rescind its pretrial release order, relieving Mr. Blea of those obligations.

Additionally, the government requests that the Court vacate the trial date set for July 25, 2006.

Mr. Blea and his attorney do not oppose this dismissal.

RESPECTFULLY SUBMITTED on the 21st day of July, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Audrey J. Renschen
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006 a copy of the foregoing was served electronically on Michael Dieni, Esq.

s/ Audrey Renschen