IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-033-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING** |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | |
| JEREMEY BLEA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Pursuant to Fed. R. Crim. P. 48 (a), the Court hereby GRANTS the motion of the United States, and orders the Indictment in this case dismissed without prejudice. The trial date in the above-case is hereby vacated. Furthermore, the court rescinds the pretrial release order in this case, relieving Mr. Blea of all obligations.

    IT IS SO ORDERED.

    DATED at Anchorage, Alaska, this __ day of July, 2006.

                                  _____
                                  UNITED STATES DISTRICT COURT JUDGE