IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-033-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING** |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | |
| JEREMEY BLEA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Crim. P. 48 (a), the Court hereby GRANTS the

motion of the United States, and orders the Indictment in this case dismissed

without prejudice. The final pretrial conference and trial date in the above case is

hereby vacated. Furthermore, the court rescinds the pretrial release order in this

case, relieving Mr. Blea of all obligations.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this   21st   day of July, 2006.

/s/JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE