**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )  Case No. 3:06-cr-00033-JWS
v.                           )
                             )
JEREMY ROBERT BLEA,          )
                             )
        Defendant.           )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　　**X**  The court has granted the motion of the government for dismissal without prejudice;
　　　　___  The court has granted the motion of the defendant for a Judgment of Acquittal;
　　　　___  A jury has been waived, and the court has found the defendant NOT GUILTY;
　　　　___  The jury has returned its verdict, finding the defendant NOT GUILTY;
　　　　___  (Other reason, or reasons, if any);

of the offense(s) of ATTEMPTED ENTICEMENT OF A MINOR USING THE INTERNET as charged in count(s) 1 of the Indictment.

　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　**DATED** at Anchorage, Alaska, this 24th day of July, 2006.

　　　　　　　　　　　　　　　　　　/s/JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　United States District Judge

[306cr33JWS-Judgment of Discharge.wpd]{DISCHARG.WPD*Rev.07/03}